```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
REBECCA KAISER
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KWESI NGISSAH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00216 KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| KWESI NGISSAH, | ) | Date: July 26, 2010 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Hon. Kendall J. Newman |
| | ) | |
| _____ | ) | |

The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, Kwesi Ngissah, by counsel Lauren Cusick, Assistant Federal Defender, stipulate to vacate the trial confirmation hearing set for July 21, 2010, at 2 p.m., and the jury trial set for August 9, 2010, at 9:00 a.m., and set this case for a motion hearing on July 26, 2010 at 2:00 p.m., pursuant to the following briefing schedule.

The parties stipulate to the following briefing schedule and hearing date:

    Defendant's Motion due . . . . . . . . . . . . . July 9, 2010
    Government's Response due . . . . . . . . . . . July 16, 2010
    Defendant's Reply due . . . . . . . . . . . . . July 21, 2010
    Motion Hearing . . . . . . . . . . . July 26, 2010 at 2:00 p.m.

The parties agree that the Court may set a new jury trial date, if necessary, following the motion hearing.  The parties anticipate that this will be a non-evidentiary hearing on a motion to suppress with limited oral arguments, but will notify the Court if this changes.  The parties stipulate that the time between July 1 and July 9, 2010 should be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A)), due to the need to provide defense counsel with reasonable time to research, write and prepare the anticipated motion.  The parties further stipulate that the time period from July 9, 2010, to July 26, 2010, be excluded under 18 U.S.C. §3161(h)(1)(D) and Local Code E for a pending motion.  The parties agree that for the above reason, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  July 1, 2010                   Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/Lauren Cusick
                                       LAUREN CUSICK
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       KWESI NGISSAH


Dated: July 1, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Daniel S. McConkie for
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: <u>July 7, 2010</u>        <u>  /s/Kendall J. Newman  </u>
                                 HON. KENDALL J. NEWMAN
                                 United States Magistrate Judge