```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CATHERINE R. CHYI
Certified Law Clerk, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>       Plaintiff,          )<br>                            )<br>    v.                      )<br>                            )<br>KWESI NGISSAH,              )<br>                            )<br>       Defendant.           )<br>_____) | No. 2:10-cr-00216 KJN<br><br>STIPULATION AND ORDER TO SET<br>TRIAL CONFIRMATION HEARING AND<br>JURY TRIAL<br><br>DATE:   August 11, 2010<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Kendall J. Newman |

   IT IS HEREBY STIPULATED and agreed to between the United States of America, through Matthew C. Stegman, Assistant United States Attorney, and defendant, KWESI NGISSAH, by and through his

///

///

///

///

///

///

///

///

///

1

counsel, Lauren Cusick, Assistant Federal Defender, that a Trial Confirmation Hearing be scheduled for August 11, 2010, at 10:00 a.m. and a Jury Trial be scheduled for September 7, 2010 at 9:00 a.m.

DATED: August 4, 2010                BENJAMIN B. WAGNER
                                     United States Attorney

                                     By: /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney

DATED: August   , 2010                DANIEL J. BRODERICK
                                     Federal Defender

                                     By: /s/ Lauren Cusick
                                        LAUREN CUSICK
                                        Attorney for Defendant

<u>ORDER</u>

The Trial Confirmation Hearing is scheduled for August 11, 2010, at 10:00 a.m. and a Jury Trial is scheduled for September 7, 2010, at 9:00 a.m.

IT IS SO ORDERED.

DATED: August 5, 2010

_____

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE